UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22122-CIV-UNGARO

SIMPORT PLASTIQUES, LTD, *et al.*,
    Plaintiffs,

vs.

IMPRINT GENETICS CORP. (d/b/a Nature Biotek)
a Florida corporation, DANIEL VIDOTTO, an individual,
WILLIAM PITARELLO, an individual, ERIC TRUONG,
an individual, and YUN HE, an individual,
    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. On February 17, 2008, the Court issued an Order of Referral to Mediation requiring the parties to select a mediator and inform the Court of their selection within (15) days from the date of the Order. It appears from a review of the record that the parties have failed to timely inform the Court of their mediator selection. Accordingly, it is

ORDERED and ADJUDGED that Plaintiffs shall show cause in writing no later than Wednesday, May 13, 2009, why this case should not be dismissed for failure to inform the Court of the parties' mediator selection. In the alternative, Plaintiffs may file a notice informing the Court of the parties' mediator selection by that time. Plaintiffs are advised that failure to comply with this Order will result in the dismissal of this case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of May, 2009.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record